No. 1388, Misc.   McCabe v. Texas.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 1392, Misc.   Alday v. Eyman, Warden, et al. Supreme Court of Arizona.   Certiorari denied.

No. 1393, Misc.   Bozeyowski v. New Jersey.   Supreme Court of New Jersey.   Certiorari denied.

No. 1394, Misc.   Lynch v. Washington.   Supreme Court of Washington.   Certiorari denied.

No. 1396, Misc.   Zimmer v. Langlois, Warden.   Supreme Court of Rhode Island.   Certiorari denied.

No. 1397, Misc.   Rohr v. New York.   Court of Appeals of New York.   Certiorari denied.

No. 1398, Misc.   Withers v. Nash, Warden.   Supreme Court of Missouri.   Certiorari denied.

No. 1399, Misc.   Pearson v. New York.   Court of Appeals of New York.   Certiorari denied.

No. 1400, Misc.   Williams v. Fay et al.   C. A. 2d Cir.   Certiorari denied.

No. 1402, Misc.   Franklin v. Russell, Correctional Superintendent.   Supreme Court of Pennsylvania. Certiorari denied.

No. 1404, Misc.   McCloskey v. Director, Patuxent Institution.   Court of Appeals of Maryland.   Certiorari denied.